Reset Form

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY KUCERA , <br><br> Plaintiff(s) <br><br> v. <br><br> CALIFORNIA CHECK CASHING STORES, LLC, et al. , <br><br> Defendant(s) | Case No. C 21-cv-08267-JST <br><br> NOTICE OF SETTLEMENT OF ADA ACCESS CASE <br><br> (ADA ACCESS CASES) |

The parties have reached an agreement to resolve this action in its entirety and intend to file a dismissal within  30  days.

Date: 4/4/2022

Signed: /s/ Irakli Karbelashvili
               Attorney for Plaintiff(s)

Signed: /s/ Nicholas Marfori
               Attorney for Defendant(s)

Signed: _____
               Attorney for Defendant(s)

Print Form

*Important! E-file this form in ECF using event name: "Notice of Settlement of ADA Access Case"*

*Form GO 56- Notice of Settlement of ADA Access Case – new 01-2020*